**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NADINE TOWNSEND,**

   **Plaintiff,**

  v.                **No. 13-CV-1602**
                     **(TJM/CFH)**
**TRUSTCO BANK,**

   **Defendant.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**THOMAS J. McAVOY**
**Senior United States District Judge**

## DECISION and ORDER

**I. INTRODUCTION**

This *pro se* action was referred to the Hon. Christian F. Hummel, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule N.D.N.Y. 72.3(c). In his February 12, 2014 Report-Recommendation and Order [dkt. # 4], Magistrate Judge Hummel ordered that Plaintiff's *in forma pauperis* application (dkt. # 2) be granted; ordered that Plaintiff's request for appointment of counsel (dkt. # 3) be denied;[1] and recommended that the action be dismissed in its entirety pursuant to 28 U.S.C. § 1915(e)(2)(B) because, *inter alia,* the alleged claims were brought beyond the applicable statute of limitations. See Rep. Rec. & Order, dkt. # 4, pp. 2-6. No objections to the Report-Recommendation and Order have been filed, and the time to do so has expired.

---

[1] The denial was without prejudice only if Magistrate Judge Hummel's recommendation for dismissal is rejected, which is not the case here.

1

## II. DISCUSSION

After examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

## III. CONCLUSION

Accordingly, the Court **ADOPTS** the Report-Recommendation and Order for the reasons stated therein. Plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) because, *inter alia,* the alleged claims were brought beyond the applicable statute of limitations.

**IT IS SO ORDERED.**

**Dated:** May 13, 2014

Thomas J. McAvoy
Senior, U.S. District Judge